**No. 51075.**—Protest 44218–K of Rudolf Nathan (Pittsburgh).

Opinion by KEEFE, J.   Upon rehearing the claim was limited to 12 glass dishes, 12 glasses, 1 teapot, 1 coffee set, 2 irons, and 2 pairs of binoculars.   It was established that the household effects referred to were a part of plaintiff's household for at least 3 years before his departure to the United States and that they are still a part of his household effects.   As to the binoculars, the witness testified that he had them in his possession for 6 or 7 years, that one set was a Zeiss glass, an opera glass, and the other, a prism binocular, and that he still has them in his possession. From the evidence submitted the household effects were held properly entitled to free entry under paragraph 1632, and the binoculars properly entitled to free entry under paragraph 1798 as articles necessary for the comfort and convenience for purposes of the journey and not for sale nor for other persons, as provided in T. D. 31382.   The protest was sustained to this extent.

**No. 51076.**—Protests 49453–K, etc., of J. S. Hoffman Co., Inc., et al. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and following the decisions cited, the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146 and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.*   The protests were sustained to this extent.

**No. 51077.**—Protests 50074–K, etc., of S. J. Berger (Boston).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and following the decision cited, the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706); and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.*   The protests were sustained to this extent.